# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

David Kenneth Christian,                              Civil No. 08-1341 (RHK/AJB)

        Petitioner,                                      **ORDER**

v.

Warden Lynn Dingle, Stillwater Facility,
Minnesota,

        Respondent.

---

      Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated May 27, 2008, all the files and records, and no objections having been filed to said Recommendation, **IT IS ORDERED**:

      1. The Report and Recommendation (Doc. No. 2) is **ADOPTED**;

      2. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is summarily **DENIED**; and

      3. This action is **DISMISSED WITH PREJUDICE**.

Dated: June 23, 2008

                                                   s/Richard H. Kyle
                                                   RICHARD H. KYLE
                                                   United States District Judge